UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

YEFERSON YOENI ALVAREZ RIVAS,

Petitioner,

v.

WARDEN, OTAY MESA DETENTION FACILITY,

Respondent.

Case No.: 3:26-cv-478-JES-JLB

**ORDER FOR BOND HEARING**

Before the Court is Petitioner's Yeferson Yoeni Alvarez Rivas ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pursuant to the Court's OSC order, Respondents filed a response. ECF No. 5. In the response, Respondents acknowledged that Petitioner must be considered detained under 8 U.S.C. §

1

1226(a), pursuant to the final judgment entered in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3289861 (C.D. Cal. Nov. 20, 2025). Accordingly, the Court **GRANTS IN PART** the petition as follows:

    (1)    The Court **ORDERS** Respondents to provide Petitioner with a bond determination hearing under 8 U.S.C. § 1226(a) within **ten days** of this Order. At the hearing, Respondents may not deny Petitioner bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2); and

    (2)    Respondents are **ORDERED** to File a Notice of Compliance within **five days** of providing Petitioner with a bond redetermination hearing, including apprising the Court of the results of the hearing.

    (3)    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: February 9, 2026

Honorable James E. Simmons Jr.
United States District Judge